**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-11738
Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JAMES MIRABAL,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cr-00181-RBD-RMN-1

————————————

Before JORDAN, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

James Mirabal appeals his 188-month sentence for conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine. *See* 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and

846. He argues that the district court erred in determining the statutory minimum sentence and in calculating his Sentencing Guidelines range. The government responds by moving to dismiss the appeal based on the sentence appeal waiver in Mirabal's plea agreement.

We conclude that the appeal waiver is valid and enforceable because Mirabal knowingly and voluntarily agreed to it. *See United States v. Bushert*, 997 F.2d 1343, 1345, 1350–51 (11th Cir. 1993); *United States v. Boyd*, 975 F.3d 1185, 1192 (11th Cir. 2020). Mirabal testified that he read and fully understood the plea agreement containing the appeal waiver, discussed it with his attorney, and signed it. *See Boyd*, 975 F.3d at 1192. He also initialed every page of the plea agreement, including the page containing the appeal waiver. *See id.* The magistrate judge discussed the appeal waiver with Mirabal at his change-of-plea hearing, and Mirabal confirmed that he understood that he was waiving his right to appeal the sentence imposed by the district court unless the sentence violated the Constitution or exceeded the statutory maximum or the Guidelines range calculated by the district court, or the government appealed the sentence. *See Bushert*, 997 F.2d at 1351; *United States v. Boyd*, 975 F.3d at 1192.

None of the exceptions in Mirabal's sentence appeal waiver apply here. We therefore GRANT the government's motion and DISMISS this appeal.

**APPEAL DISMISSED.**